UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 28, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                              )<br>         Plaintiff,           )<br>v.                            )<br>                              )<br>RICKEY XIONG,                 )<br>                              )<br>         Defendant.           ) | Case No. 2:13-CR-00296-KJM-10<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>RICKEY XIONG</u>, Case No. <u>2:13-CR-00296-KJM-10</u>, Charge <u>Title 21 USC §§ 846, 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ <u>100,000 (co-signed)</u>

        ✔ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Corporate Surety Bail Bond

        ✔ (Other)  <u>with pretrial supervision and conditions of release as stated on the record in open court. USM shall release dft to PTS on 11/6/13 at 8:30 a.m., then transported to The Effort.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>October 28, 2013</u> at <u>2:45</u> pm.

By _____<i>Dale A. Drozd</i>_____
Dale A. Drozd
United States Magistrate Judge