MARK REICHEL (Cal. SBN #155034)
REICHEL & PLESSER LLP
455 Capitol Mall, Suite 802
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (888) 567-2949
E-Mail: mark@reichellaw.com

Attorney for Defendant
RICKY XIONG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICKY XIONG, et al.<br><br>Defendant. | No. 2:13-CR-0296 KJM<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING TERMS OF PRE-TRIAL RELEASE<br><br>Date:  February 14, 2014<br>Judge:  Hon. Carolyn K. Delaney |

The Parties hereby agree to modify the current terms of the defendant's pretrial release as follows:

All present sureties other than the defendant are hereby removed as sureties for this defendant's release, and the following sureties shall be substituted in their place:

Mr. Sang Vang of Minneapolis, Minnesota

Ms. Bao Xiong of Sacramento, California

All other terms of the defendant's release shall remain in full force and effect. Pretrial Services has fully investigated Ms. Bao Xiong and Mr. Sang Vang and believe they are both appropriate sureties. Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

1

IT IS SO STIPULATED.

Dated: February 14, 2014					/s/ Mark J. Reichel
								KELLY BABINEAU
								Attorney for Defendant
								RICKY XIONG


Dated: February 14, 2014					U.S ATTORNEY'S OFFICE

						by:	/s/ Mark J. Reichel for
							JUSTIN LEE
							Assistant U.S. Attorney
							Attorney for Plaintiff

## [PROPOSED] ORDER

All present sureties other than the defendant are hereby removed as sureties for this defendant's release, and the following sureties shall be substituted in their place:

   Mr. Sang Vang of Minneapolis, Minnesota

   Ms. Bao Xiong of Sacramento, California

All other terms of the defendant's release shall remain in full force and effect.

**IT IS SO ORDERED**.

Dated: February 18, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE